FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00113-CV

THE PREMIER COMPANIES, INC., PREMIER RENTAL-PURCHASE, INC.,
TRM VENTURE GROUP, AND RAJ, INC., Appellants

V.

FOUR A'S MESQUITE, LLC, Appellee

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-303532-18

---

AND

No. 02-19-00154-CV

FARIDA CHAUDHRY, Appellant

V.

FOUR A'S MESQUITE, LLC, Appellee

---

On Appeal from the 348th District Court

Tarrant County, Texas
Trial Court No. 348-305958-19

AND

No. 02-19-00172-CV

THE PREMIER COMPANIES, INC., RAJ, INC., THE ULTIMA GEMINI GROUP, INC., RRSSR, INC., BKNM, INC., AND MAKA RENTAL PURCHASE, INC., Appellants

V.

FOUR A'S MESQUITE, LLC, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-303532-18

## ORDER OF REFERRAL TO MEDIATION AND ABATEMENT

The court has determined that this dispute is appropriate for referral to mediation. *See* Tex. Civ. Prac. & Rem. Code Ann. § 154.021. The above-referenced appeals are referred to the mediator agreed upon and chosen by the parties, **Kight L. Higgins, 6300 Ridglea Place, Suite 509, Fort Worth, TX 76116, (817) 732-6460,** who shall complete a mediation conference with all parties and their attorneys by **Friday, August 16, 2019.** All named parties and an executive officer of any corporate party with full settlement authority shall attend the entire mediation session with their counsel of record.

2

Before the first scheduled mediation session, each party shall provide the mediator and all parties with all information necessary for the mediator to understand the issues presented. The mediator may require any party to supplement the information provided.

The mediator will encourage and assist, but will not compel or coerce, the parties in reaching a settlement of their dispute. Any expenses of mediation will be borne equally by the parties, unless the parties and the mediator consent to a different agreement, and not by the mediator or this court. Within 10 days of the conclusion of the mediation, the mediator will advise the court only that the parties did or did not settle their dispute. All matters revealed during mediation, including the conduct and demeanor of the parties, shall remain confidential. *See id.* §§ 154.053, .073.

If the mediation fully resolves the issues in the case, the parties shall file an appropriate motion in accordance with Tex. R. App. P. 42.1 within 10 days of the conclusion of the mediation. If the parties need more time to effectuate the terms of the settlement agreement, they must file a joint motion for extension of time to file such a motion. The motion for extension is due within 10 days of the conclusion of the mediation.

It is ordered that this appeal shall be abated pending the mediation. If, after mediation, the mediator advises the court that the parties did not settle their dispute,

the appeal shall be ordered reinstated. All time periods relating to the disposition of the appeal shall be tolled during the period of abatement.

Any objection to this order must be filed with the clerk of this court and served on all parties and the mediator within 10 days of the date of this order.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court judge, the trial court clerk, and the mediator.

Dated July 17, 2019.

Per Curiam